IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| L&N AERO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JET LINX AVIATION, LLC,<br><br>Defendant. | 8:24CV469<br><br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the Court after a review of the docket and pursuant to NECivR. 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff filed the operative complaint on May 28, 2024 in the United States District Court for the Western District of Texas. Filing No. 5. On June 13, 2024, Defendant moved to transfer the case to the District of Nebraska pursuant to 28 U.S.C. § 1404(a) or, alternatively, for the Court to dismiss the action. Filing No. 14. The Court granted Defendant's motion to transfer on November 22, 2024, denying Defendant's motion to dismiss as moot. Filing No. 22.

Defendant did not answer or otherwise respond to Plaintiff's amended complaint after the Court denied its motion to dismiss as moot and transferred the case to the District of Nebraska. *See* Fed. R. Civ. Proc. 12(a)(4)(A) (party must serve responsive pleading within fourteen (14) days after court denies a motion to dismiss). Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until March 13, 2025 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 13th day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge